# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Joseph D Flowers, II<br>*Plaintiff*<br>v.<br>Steerpoint Marketing, LLC;<br>John Slimak<br>*Defendant* | )<br>)<br>) Civil Action No. 1:18-cv-01618-DLP-SEB<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure is entered in favor of the Plaintiff, Joseph D. Flowers, II, and against Defendants, Steerpoint Marketing, LLC and John Slimak, in the amount of $25,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: May 2, 2019

*CLERK OF COURT*

Carrie A. Griffin

*Signature of Clerk or Deputy Clerk*